JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ELOHIM EPF USA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ACESONIC USA, INC., a California corporation; ACE KARAOKE CORPORATION, a California corporation; DAVID SU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00399-JLS-JDE<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION** |

## **ORDER**

In accordance with the stipulation by and between plaintiff ELOHIM EPF USA, INC. and defendants ACESONIC USA, INC., ACE KARAOKE CORPORATION, and DAVID SU, this action is dismissed with prejudice, and each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 03/12/2020

_JOSEPHINE L. STATON_____
Honorable Josephine L. Staton
United States District Judge